13707

FIRST CAROLINAS JOINT STOCK LAND BANK v. HUDGENS

(171 S. E., 449)

20

*Messrs. Watkins & Prince,* for appellant,

*Mr. A. H. Dagnall,* for respondent,

October 28, 1933.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

The decree of his Honor, Circuit Judge Ramage, appealed from by the defendant, states sufficiently the facts of the cause, and it is satisfactory in every way to this Court. The decree, which will be reported, is affirmed.

MESSRS. JUSTICES STABLER and BONHAM and MR. ACTING ASSOCIATE JUSTICE W. C. COTHRAN concur.

MR. JUSTICE CARTER disqualified.